# EXHIBIT "B"



Loading...

★★★★★ ✕ ✕ ✕ ✕ ✕ ✕

*aria-label="264 reviews"*(4.7)    *aria-label="Rated 4.7 out of 5 stars 264 reviews"*

##### Polarized Crystal Clear

##### 100% UV Protection

##### Lifetime Warranty

**Color:** Matte Black/Grey                                 View All

*Tortoise Rubber/Ocean*        *Tortoise/G15*        *Crystal Clear/Rose Gold*        *Tortoise/Brown*

ADD TO BAG

ADD PRESCRIPTION

Free shipping over $75 + Free returns

### Features & Technology  ⌄



Loading...



 *HDR Polarized Lens*

###  HDR Polarized Lens

Engineered with leading-edge polarization technology, our HDR lenses offer crystal clear vision while keeping your comfort at the forefront with their lightweight design. See life clearly as these polarized lenses filter out harsh light and glare. Ideal for lifestyle use, they seamlessly blend fashion and functionality into a lens that's perfect for everyday adventures.

###  Size & Fit ⌄







Loading...





**Measurements**

Size: **M**



1. Lens Width: **55.5 mm**
2. Lens Height: **43.4 mm**
3. Frame Width: **132 mm**
4. Temple Length: **135 mm**
5. Bridge: **18 mm**

Fit: **Universal Fit -** accomodates most face shapes

* Measurements listed intended for customer use only. Not intended to be used by opticians to fill prescriptions.

**Fit**

132 mm

Small                              Average                              Large

**Weight**

 19.9 g

Ultra Light                              Light                              Average

  *Perfect Pair Guarantee* **Perfect Pair Guarantee**

Order from us risk free. If you don't love your fit return for an exchange or full refund within 30 days

Learn more about returns/exchanges here  .

###  Lifetime Warranty





Loading...

ge Protection

Just like you, we're tired of brands that don't stand behind their products. That's why we are proud to offer the best warranty of any sunglass manufacturer.

Abaco Polarized sunglasses are made for life and we'll cover any breaks, defects, even lens scratches regardless of when you purchased them.

Plus, we provide accidental damage coverage. Whether you ran them over, stepped on them or your dog decided to make your favorite sunglasses a snack we've got you covered, for life.

We want you to purchase your next pair because you want to, not because you have to.

Click here  for more info about our Lifetime Warranty.

### h3 Free Returns & Exchange ⌄

### h3 Your Perfect Pair Guarantee

Order from us risk free. If you don't love your fit return for an exchange or full refund within 30 days

Learn more about returns/exchanges here .

### h3 Accessories ⌃

**Add Accessories**



Loading...



**Folding Sunglass Case - Triangle - Black**

$12

### Reviews

### Life's Full Of Hard Decisions. Buying Sunglasses Shouldn't Be One Of Them. Shop Easy With Abaco

    **Free Returns & Exchanges**

Exchange or return for Free within 30 days of purchase.

   **Free Shipping**

Fast, Free Shipping on all orders over $75.

   **Made for Life Protection**

Includes a Limited Lifetime Warranty covering all manufacturer defects plus Accidental Breakage Protection for whatever life throws your way.

   **Abaco Club Reward Points**

Loading...

ts and exchange for savings and
cos.



# SIGN UP FOR $10 OFF YOUR FIRST ORDER

Email

*aria-required="true"*

Submit    *aria-label="Subscribe"*

Contact Us    *Email*

Find a Retailer    *Search*

(561) 509-1400    *Phone*

About Us

Helpful Information

Get Involved



*Abaco Polarized on Facebook*  *Abaco Polarized on Instagram*  *Abaco Polarized on Youtube*

© 2026, Abaco Polarized





Loading...

Filter ⚡ ⊗

Sort By 💬 *aria-describedby="a11y-refresh-page-message"*

*Kai*



### h3 Kai ⭐ ⊗ ⭐ ⊗ ⭐ ⊗ ⭐ ⊗ ⭐ ⊗ ⊗ 🏷️ *aria-label="Rated 4.7 out of 5 star*

MATTE BLACK/GREY



*Tortoise Rubber/Ocean* aria *aria-pressed="false"* 🏷️ 🏷️ *ari label=" variar*

Rubber/Ocean"*

ADD TO CART aria *aria-disabled="false"*

*Dockside*





Loading...

### Dockside

CLEAR/CARIBBEAN BLUE



*aria-label="Rated 4.7 out o

*Matte Tortoise/Brown* aria *aria-pressed="false"* Tortoise/Brown"*

*ari
label="
variar

ADD TO CART aria *aria-disabled="false"*

*Abaco Piper Tortoise Sunglasses Polarized Ocean Mirror Lens Side*



### Piper

TORTOISE/OCEAN MIRROR

*aria-label="Rated 4.8 out of



*Tortoise/Ocean Mirror* aria *aria-pressed="true"* Mirror"* *aria

*ari
label="
variar

ADD TO CART aria *aria-disabled="false"*



Loading...



### Avery

★ ★ ★ ★ ★ *aria-label="Rated 4.7 out of 5 stars

GOLD/DEEP
BLUE

*Gold/Deep Blue*  aria  *aria-pressed="true"*  *aria-label=" Blue"*  *aria-label=" variant

ADD TO CART  aria  *aria-disabled="false"*

*Outrigger*



### Outrigger

★ ★ ★ ★ ★ *aria-label="Rated 4.9 out of

TORTOISE/OCEAN
MIRROR

*Crystal Clear/Caribbean Blue*  aria  *aria-pressed="false"*  *aria-label=" variant Blue"*

Loading...

ADD TO CART aria *aria-disabled="false"*



### h3 Chelsea ★ ★ ★ ★ ★ *aria-label="Rated 4...

AMBER/GOLD/CHAMPAGNE

*Tortoise/Blue Gradient* aria *aria-pressed="false"* *a label=" variar Gradient"* *ari label=" variar

ADD TO CART aria *aria-disabled="false"*

SALE *Sale*

### h3 Burton ★ ★ ★ ★ ★ *aria-label="Rated 4.7 out of 5 st

SILVER/OCEAN
MIRROR

*Silver/Ocean Mirror* aria *aria-pressed="true"* *aria-la label=" ar *ari label=" ar

Loading...

ADD TO CART  aria *aria-disabled="false"*

*Ella*



### h3 Ella ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⊗ 🏷 *aria-label="Rated 4.8 out of 5

PINK/GOLD/ROSE
GOLD

 *Pink/Gold/Rose Gold* aria *aria-pressed="true"* 🏷 *aria-label="Show Pink/Gold/Rose
Gold"*

ADD TO CART aria *aria-disabled="false"*

*Abaco Montana Gloss Black Sunglasses Polarized Deep Blue Mirror Lens Side*



### h3 Montana ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⊗ 🏷 *aria-label="Rated 4.8 out of 5 stars

GLOSS
BLACK/DEEP
BLUE
MIRROR



Loading...



*Tortoise/Ocean Mirror* aria *aria-pressed="false"* *aria-label="Sho Mirror"*

ADD TO CART aria *aria-disabled="false"*

### h3

### Forty Four (44)

MATTE BLACK/SILVER FLASH

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⊗ *aria-label="Rated 4.7 out of 5 st*



*Matte Black/Ocean* aria *aria-pressed="false"* *aria-label="Sho Black/Ocean"*

ADD TO CART aria *aria-disabled="false"*

*Zoe*





Loading...

### Zoe

*aria-label="Rated 4.9 out of 5 stars"*

BLACK/GREY GRADIENT

*Navy Tortoise Fade/Grey Gradient*  aria  *aria-pressed="false"*  *aria-label="Navy Tortoise Fade/Grey Gradient"*

ADD TO CART  aria  *aria-disabled="false"*



### Kai Junior

*aria-label="Rated 5.0 out of 5 stars"*

CRYSTAL CLEAR/CARIBBEAN BLUE MIRROR

*Crystal Clear/Rose Gold Mirror*  aria  *aria-pressed="false"*  *aria-label="Crystal Clear/Rose Gold Mirror"*

ADD TO CART  aria  *aria-disabled="false"*

*Jupiter*

Loading...

### Jupiter

TORTOISE/OCEAN

*Tortoise/Ocean* aria *aria-pressed="true"* *aria-label="Show Tortoise/Ocean"*

ADD TO CART aria *aria-disabled="false"*

*...e Junior - Abaco Polarized*
SALE *Sale*



### Kateye Junior

GLOSS
BLACK/GREY

*Gloss Black/Grey* aria *aria-pressed="true"* *aria-label="Show G... Black/Grey"*

ADD TO CART aria *aria-disabled="false"*



Loading...



### Logan

TORTOISE/G15









### Jordan

TORTOISE/OCEAN





  

Loading...

*Sale*

### Cooper

MIDNIGHT BLUE/SUNRISE

*Midnight Blue/Sunrise*    aria *aria-pressed="true"*    *aria-label="S Blue/Sunrise"*

ADD TO CART    aria *aria-disabled="false"*

*Crew*

### Crew

TORTOISE/BROWN

*Tortoise/Brown*    aria *aria-pressed="true"*    *aria-label="Show Tortoise/Brown"*

ADD TO CART    pled="false"*



Loading...



### Nomad

★ ★ ★ ★ ★ *aria-label="Rated 4.6 out of 5 star

MATTE
BLACK/DEEP
BLUE



*Tortoise/Ocean*   aria  *aria-pressed="false"*    *aria-label="Show Tortoise/Ocean"*

**ADD TO CART** aria *aria-disabled="false"*

*Seaport Junior Polarized Sunglasses Matte Black Frame Grey Lens Side*

 *Sale*



### Seaport Junior

★ ★ ★ ★ ★ *aria-label="Rated 5.0 out of 5 star

MATTE
BLACK/GREY

*Matte Black/Grey*   aria  *aria-pressed="true"*    *aria-label=

Loading...

ADD TO CART  *aria-disabled="false"*

*Edgewater*



### h3  *aria-label="Rated 4.9 out of

### Edgewater

TORTOISE/OCEAN

 *Tortoise/Ocean*  aria *aria-pressed="true"* *aria-label="Show Tortoise/Ocean"*

ADD TO CART aria *aria-disabled="false"*

SALE *Sale*



### h3  *aria-label="Rated 4.7 out of 5 star

### Gianna

BLACK/GREY



Loading...

*Black/Grey* aria *aria-pressed="true"* *aria-label="Show Black/Grey"*

ADD TO CART aria *aria-disabled="false"*

*Sale*

### Drifter

METALLIC WHITE/DEEP BLUE

aria-label="Rated 4.5 out of 5 star

*Metallic White/Deep Blue* aria *aria-pressed="true"* *aria-label="Sh Blue"*

ADD TO CART aria *aria-disabled="false"*

*...ort H2O+*

SALE *Sale*

H20+ FLOATING FRAMES

### Seapo

aria-label="Rated 5.0 out of 5 stars



Loading...

**H2O+**

MATTE
BLACK/G15

*Matte Black/G15* aria *aria-pressed="true"* *aria-label="Show M Black/G15"*

ADD TO CART aria *aria-disabled="false"*

*Sale*



### h3

★ ✕ ★ ✕ ★ ✕ ★ ✕ ★ ✕ ✕ *aria-label="Rated 4.6 out o

**Daytona**

SILVER/CARIBBEAN
BLUE

*Silver/Caribbean Blue* aria *aria-pressed="true"* *aria-label="Show Blue"*

ADD TO CART aria *aria-disabled="false"*

r H2O+*

H20+ FLOATING FRAMES

*Sale*



Loading...

### h3

## Jupiter H2O+

TORTOISE/OCEAN



★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⊗ 🏷 *aria-label="Rated 5.0 out of

🟩 *Tortoise/Ocean* aria *aria-pressed="true"* 🏷 *aria-label="Show Tortoise/Ocean"*

**ADD TO CART** aria *aria-disabled="false"*

SALE *...va*

🟩 *Sale*



### h3

## Vizcaya

MIDNIGHT BLUE/CHAMPAGNE FLASH

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⊗ 🏷 *aria-label="Rated 5.0 out of

 🟩 *Midnight Blue/Champagne Flash* aria *aria-pressed="true"* 🏷 *aria-la... Flash"*

**ADD TO CART** aria *aria-disabled="false"*



Loading...



*Sale*

### Salerno

★ ★ ★ ★ ☆ *aria-label="Rated 3.2 out of 5 sta

SILVER/GREY GRADIENT



*Silver/Grey Gradient*   aria *aria-pressed="true"*   *aria-label="Show Gradient"*

ADD TO CART aria *aria-disabled="false"*

SALE *Sale*



### Lineup

★ ★ ★ ★ ☆ *aria-label="Rated 4.0 out o

SAND/CHAMPAGNE



*Sand/Champagne*   aria *aria-pressed="true"*   *aria-label="Sh Sand/Champagne"*

ADD TO CART   bled="false"*

Loading...



*Sale*

### Roxy

SILVER/GREY GRADIENT

★ ★ ★ ★ ☆ *aria-label="Rated 4.0 out of 5 sta



*Silver/Grey Gradient*    aria  *aria-pressed="true"*    *aria-label="Show Gradient"*

**ADD TO CART**  aria  *aria-disabled="false"*

*Verano*



### Verano

BLACK/DEEP BLUE

★ ★ ★ ★ ★ *aria-label="Rated 5.0 out of 5 star



*Matte Black/G15*    aria  *aria-pressed="false"*    *aria-label="Show M Black/G15"*

Loading...

ADD TO CART aria *aria-disabled="false"*



*Sale*

### Juno H2O+

MATTE BLACK/G15

*aria-label="Rated 5.0 out of 5 stars

*Tortoise/Ocean* aria *aria-pressed="false"* *aria-label="Show Tortoise/Ocean"*

ADD TO CART aria *aria-disabled="false"*

*Jesse*

Sold out



### Jesse

TORTOISE/BROWN

*aria-label="Rated 4.8 out of



*Tortoise/G15* aria *aria-label=

Loading...

When Available

*Abaco Cruiser II Matte Black Sunglass Polarized Fire Mirror Lens Side*

Sold out

### Cruiser II

MATTE BLACK/FIRE MIRROR

*aria-label="Rated 4.5 out of 5 stars

*Matte Black/Fire Mirror*    aria    *aria-pressed="true"*    *aria-label="Sho Mirror"*

Notify Me When Available

*Abaco Austin Silver Sunglass Silver Polarized Lens Side*

Sold out

### Austin

SILVER/SILVER FLASH

*aria-label="Rated 4.9 out of 5 st



Loading...

*Silver/Grey*  aria  *aria-pressed="false"*  *aria-label="Silver/Grey"*  *aria label=" varian

*Abaco Waikiki Tortoise Sunglasses Polarized Caribbean Blue Lens Side*

**Sold out**

### Waikiki

*aria-label="Rated 4.8 o

TORTOISE/CARIBBEAN
BLUE

*Tortoise/Caribbean Blue*  aria  *aria-pressed="true"*  *ar  label=" Blue"*  *ari label=" varian

**Notify Me When Available**

*Abaco Laguna Crystal Grey Sunglass Polarized Caribbean Blue Mirror Lens Side*

**Sold out**

### Laguna

*aria-label="Rated 4.6 out of

CRYSTAL
GREY/CARIBBEAN
BLUE





Loading...

*Crystal Grey/Purple Mirror*

*aria-pressed="false"*

*aria label=" varian

Mirror"*

*Abaco Dakota Silver Sunglass Polarized Chrome Lens Side*

Sold out

### Dakota

SILVER/CHROME

*aria-label="Rated 4.5 out of 5

*Gold/Ocean Mirror*

*aria-pressed="false"*

*aria-label="Show

Mirror"*

Notify Me When Available

*Abaco Kendall Black Sunglass Polarized Grey Lens Side*

Sold out

### Kendall

BLACK/GREY
GRADIENT

*aria-label="Rated 4.6 out of 5 star

Loading...



*Black/Grey Gradient* aria *aria-pressed="true"* *aria-label="Show Gradient"*

**Notify Me When Available**

*Abaco Octane Matte Black Sunglasses Polarized Grey Lens Side*

Sold out

### Octane

MATTE
BLACK/GREY

★ ☒ ★ ☒ ★ ☒ ★ ☒ ★ ☒ ☒ ☒ *aria-label="Rated 4.8 out of 5 stars"*

*Matte Black/Fire Mirror* aria *aria-pressed="false"* *aria-label="Show Mirror"*

**Notify Me When Available**

*Abaco Vero Champagne Sunglasses Polarized Rose Gold Lens Side*

Sold out

### Vero

CHAMPAGNE/GOLD
FLASH

★ ☒ ★ ☒ ★ ☒ ★ ☒ ★ ☒ ☒ ☒ *aria-label="Rated 4.8 out of 5 stars"*

Loading...

*Tortoise/Ocean* aria *aria-pressed="false"* *aria-label="Show Tortoise/Ocean"*

*Crash Boat*

Sold out



### h3

### Crash Boat

MATTE GREY/OCEAN MIRROR

★ ★ ★ ★ ★ *aria-label="Rated 4.8 out of 5 sta*

*Tortoise/Ocean Mirror* aria *aria-pressed="false"* *aria-label="Sho Mirror"*

**Notify Me When Available**

*Kateye*

Sold out

### h3

### Kateye

GLOSS BLACK/GREY

★ ★ ★ ★ ★ *aria-label="Rated 4.8 out of 5 sta*











Loading...

*Tortoise/Brown* aria *aria-pressed="false"* *aria-label="Show Tortoise/Brown"*

**Notify Me When Available**

*Abaco Pitbull Matte Black Bamboo Sunglass Polarized Citrus Mirror Lens Side*

Sold out

### Pitbull

MATTE
BLACK/CITRUS

★ ★ ★ ★ ★ *aria-label="Rated 4.7 out of 5 st*

*Matte Black/Grey* aria *aria-pressed="false"* *aria-label="Show Matte Black/Grey"* *aria-label="variant*

**Notify Me When Available**

*Abaco Tiki Grey Wood Sunglasses Polarized Caribbean Blue Lens Side*

Sold out



### Tiki

GREY/CARIBBEAN
BLUE

★ ★ ★ ★ ★ *aria-label="Rated 4.8 out of*



Loading...

*Natural Wood/Caribbean Blue*    aria    *aria-pressed="false"*    *aria-label Blue"*

**Notify Me When Available**

*Abaco Monaco Gunmetal Stainless Steel Sunglasses Polarized Silver Flash Lens Side*

Sold out

### Monaco

GUNMETAL/SILVER FLASH

*aria-label="Rated 5.0 out of*

*Silver/Caribbean Blue*    aria    *aria-pressed="false"*    *aria-label="Show Blue"*

**Notify Me When Available**

*tabindex=-1*

### Life's Full Of Hard Decisions. Buying Sunglasses Shouldn't Be One Of Them. Shop Easy With Abaco

*Free Return*

##### Free Returns & Exchanges

Exchange or return for Free within 30 days of purchase.

*Free Return*

##### Free Shipping

Fast, Free Shipping on all orders over $75.

*Free Return*

##### Made for Life Protection

Includes a Limited Lifetime Warranty covering all manufacturer defects plus Accidental Breakage Protection for whatever life thro



Loading...



**aco Club Reward Points**

Earn points and exchange for savings and Free Abacos.



# SIGN UP FOR $10 OFF YOUR FIRST ORDER

Email | *aria-required="true"* | Submit | *aria-label="Subscribe"*

Contact Us  | *Email*

Find a Retailer | *Search*

(561) 509-1400 | *Phone*

About Us

Helpful Information

Get Involved



*Abaco Polarized on Facebook* *Abaco Polarized on Instagram* Abaco Polarized on Youtube*

© 2026, Abaco Polarized

